NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**AIRE TECHNOLOGY LTD.,**
*Appellant*

**v.**

**GARMIN INTERNATIONAL, INC., GARMIN USA, INC., GARMIN LTD.,**
*Appellees*

———————————

2024-1441, 2024-1451

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00188, IPR2022-01137.

———————————

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    AIRE TECHNOLOGY LTD. v. GARMIN INTERNATIONAL, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

June 28, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** June 28, 2024